UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  September 3, 2020 |

18-CR-00631 (KMW)

v.                                                                              **ORDER**


JEREMY POSNER,

                Defendant.
-----------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    Defendant Jeremy Posner moves to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A),

seeking compassionate release in light of the COVID-19 pandemic.

    No later than September 18, 2020, the Government shall respond to Defendant's motion.

With its response, the Government shall provide the following information, after conferring with

the Bureau of Prisons ("BOP") and the United States Probation Office as appropriate:

1.  Whether the Government opposes Defendant's motion;

2.  The BOP's assessment of the factors listed in the Attorney General's Memorandum for

    Director of Bureau Prisons dated March 26, 2020 as they pertain to Defendant; what

    risk factors for severe COVID-19 illness, if any, Defendant presents; who, if anyone, at

    the BOP assessed Defendant's risk factors for severe COVID-19 illness; and upon

    what specific information that person's assessment was made;

3.  The criteria used by the BOP to decide whom to test for COVID-19 at BOP Otisville,

    where Defendant resides;

4. Approximately how many tests for COVID-19 have been conducted at BOP Otisville;

5. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at BOP Otisville, both as absolute numbers and as a percentage of the total population of inmates and staff at BOP Otisville;

6. The number of inmates and staff currently infected with COVID-19 at BOP Otisville;

7. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19;

8. The Government's assessment of the factors set forth in 18 U.S.C. § 3553(a) as they pertain to Defendant;

9. Defendant's disciplinary record in prison, risk of recidivism, risk of violence, and any changes to the conditions of supervised release that should be made in the event Defendant is released;

10. Whether the BOP has considered or intends to consider Defendant for home confinement or furlough; by what date the BOP expects to make a determination regarding home confinement or furlough; and upon what specific information the BOP's determination will rely.

SO ORDERED.

Dated: New York, New York
     September 3, 2020                    /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                    United States District Judge