```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

| | |
|---|---|
| UNITED STATES OF AMERICA | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: November 6, 2020 |

v.

18-CR-631 (KMW)
**ORDER**

JEREMY POSNER,

        Defendant.

```
---------------------------------------------------------------X
```

KIMBA M. WOOD, District Judge:

    The Court has received Defendant's November 4, 2020 letter motion for reconsideration.

(ECF No. 51.)  The Government is directed to respond by November 23, 2020.

SO ORDERED.

Dated: New York, New York
       November 6, 2020

                                                                        /s/ Kimba M. Wood
                                                                    KIMBA M. WOOD
                                                       United States District Judge