UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: February 9, 2021 |

v.

18-CR-631 (KMW)
**ORDER**

JEREMY POSNER,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      Defendant's motion for compassionate release, which he sent from FCI Otisville, is denied as moot. (ECF No. 56 at Ex. A.) Defense counsel informed the Court on February 8, 2021, that Defendant's motion for compassionate release is moot, because Defendant is scheduled to be transferred from FCI Otisville to the Bronx Re-entry Center. (ECF No. 57.)

SO ORDERED.

Dated: New York, New York
      February 9, 2021

                                         /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                   United States District Judge