UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                                                  **ORDER**
                                                        18 CR 631 (KMW)

JEREMY POSNER,

                            Defendant.
------------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

       The Court denies Defendant's requests at ECF No. 59. Defendant may renew his request when he shows that he has a job offer, and that the Bronx Community Reentry Center has refused to accommodate him.

       SO ORDERED.

Dated:  New York, New York
           August 2, 2021

                                                           /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE